Failla, K.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 10, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JACQUELINE LESTER,

                Plaintiff,

        v.

9300 REALTY MANAGEMENT INC., STEVEN
CROMAN, in his individual and professional
capacities, and OREN GOLDSTEIN, in his
individual and professional capacities,

                Defendants.
-----------------------------------------------------------x

Civil Case No. 17-CV-01033 (KPF)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice and without an award of costs or fees to any party.

Dated: October 9, 2017
        New York, New York

**WIGDOR LLP**

By: _____
    Jeanne M. Christensen
    Bryan L. Arbeit
    Hilary J. Orzick

85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
jchristensen@wigdorlaw.com
barbeit@wigdorlaw.com
horzick@wigdorlaw.com

*Attorneys for Plaintiff*

SO ORDERED:

_Katherine Polk Failla_
_____
Hon. Katherine Polk Failla
United States District Judge

Dated: October 9, 2017
        White Plains, New York

**LANE SASH & LARRABEE LLP**

By: _____
    Sharon M. Sash
    J. Mark Lane

707 Westchester Avenue, Suite 411
White Plains, New York 10604
Telephone: (914) 761-0001
Facsimile: (914) 761-0002
ssash@lanesash.com
jmlane@lanesash.com

*Attorneys for Defendants*

Dated: October 10, 2017
      New York, New York